AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GENTRY AND PHILLIPS, P.A., et al.,**

      Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

**vs.**

**SUNTRUST BANKS, INC., et al.,**       CASE NO. C2-08-037
      JUDGE EDMUND A. SARGUS, JR.
      Defendants.      MAGISTRATE JUDGE MARK R. ABEL

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the Opinion and Order filed September 22, 2008, JUDGMENT is hereby entered in favor of Defendants.  This case is DISMISSED.**

Date: September 22, 2008       JAMES BONINI, CLERK

      */S/ Andy F. Quisumbing*
      (By) Andy F. Quisumbing
      Courtroom Deputy Clerk